**JS-6**
Admin Close

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JINHU HOU,<br><br>    Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; SUSAN M. CURDA AS DISTRICT DIRECTOR OF THE WESTERN REGION LOS ANGELES DISTRICT OFFICE OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; AND CORINA LUNA, LOS ANGELES FIELD OFFICE DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,<br><br>    Defendants. | No. EDCV 22-01619 JGB (KKx)<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** |

|   |   |
|---|---|
| 1 | Having read and considered the Joint Stipulation to Stay the Case Pending |
| 2 | Adjudication of Application submitted by the parties, and finding good cause therefor, |
| 3 | IT IS HEREBY ORDERED that the instant action shall be stayed until November |
| 4 | 1, 2023. |
| 5 | Dated: December 27, 2022 |

                                                HONORABLE JESUS G. BERNAL
                                                UNITED STATES DISTRICT JUDGE